IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON DIVISION

| | |
|---|---|
| **DONNA LYNN SEILER,** | MDL 2325 |
| **Plaintiff,** | NO. 2:18-CV-00498 |
| v. | |
| **AMERICAN MEDICAL SYSTEMS, INC.,** | |
| **Defendant.** | |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff in the above-captioned case and defendant American Medical Systems, Inc. ("AMS") jointly stipulate that pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action be voluntarily dismissed without prejudice and terminated from the docket, parties to bear their own costs.

Respectfully:

/s/ Barbara Binis
Barbara Binis
Stephen J. McConnell
REED SMITH
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
215.851.8100 (phone)
215.851.1420 (fax)
bbinis@reedsmith.com
smcconnell@reedsmith.com

/s/ Erik W. Legg
Erik W. Legg
FARRELL WHITE & LEGG
P. O. Box 6457
Huntington, WV 25772-6457
304.522.9100 (phone)
304.522.9162 (fax)
EWL@farrell3.com

*Attorneys for Defendant American Medical Systems, Inc.*

/s/ Kenneth B. Moll
Kenneth B. Moll
MOLL LAW GROUP
12th Floor
401 North Michigan Avenue
Chicago, IL 60611
312.462.1700 (phone)
312.756.0045 (fax)
kmoll@molllawgroup.com
*Attorney for Plaintiff*


Dated: December 7, 2018

## CERTIFICATE OF SERVICE

    I hereby certify that on December 7, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this member case.

<u>/s/ Barbara R. Binis</u>